UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 NOV -9 AM 10: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| ROBERT E. GRINDELL, JR., | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) |
| Defendant. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Possession of Child Pornography)

On or about April 19, 2019, in the Southern District of Ohio, the defendant, **ROBERT E. GRINDELL, JR.**, having previously been convicted of an offense under the laws of the State of Ohio relating to sexual abuse involving a minor or ward, knowingly possessed matter, that is, digital image and video files stored on the following devices—(1) an Asus laptop; (2) an Amazon Fire Tablet; (3) a Verizon Ellipsis Tablet; and (4) a Samsung Galaxy Note Pro Table—which contained one or more visual depictions that had been transported using any means or facility of interstate or foreign commerce, including the internet, and which was produced using materials which have been so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such visual depictions were of such conduct.

**In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).**

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 2253.

2. Upon conviction of Count 1, the defendant, **ROBERT E. GRINDELL, JR.**, shall forfeit to the United States:

(a) all matter containing said visual depictions of child pornography and child erotica produced, transported, mailed, shipped, received, and possessed in violation thereof; and

(b) all property used and intended to be used to commit and to promote the commission of the offense alleged in Count 1, including the following:

1. One Asus Laptop Computer, bearing serial number 03N0ASKRR279100 (Item 1) and associated Hard Disk Drive;
2. One Amazon Fire HD10 Tablet, Model KFTBWI (Item 2);
3. One Verizon Ellipsis 8 Tablet, Model QTAQZ3 (Item 3); and
4. One Samsung Galaxy Note Pro Tablet, Model SM-P900 (Item 5).

Forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (a)(3), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Forepeson
**FOREPERSON**

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*[signature]*

NOAH R. LITTON (0090479)
Assistant United States Attorney

2